IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO DEPARTMENT OF VETERANS AFFAIRS | Case No._____ |
| Underlying case pending in Middle District of Tennessee:<br><br>STANDEX INTERNATIONAL CORP.<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>BURLODGE LIMITED,<br><br>    Defendant/Counter-Plaintiff. | |

**CERTIFICATE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LOCAL CIVIL RULE 7.1**

I, the undersigned counsel of record for movant Burlodge Limited, certify that to the best of my knowledge and belief Burlodge Limited has no parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 15, 2008

                                                    Respectfully submitted,

                                                    _/s/ Jonathan K. Tycko_
                                                    Jonathan K. Tycko
                                                    Tycko & Zavareei LLP
                                                    2000 L Street, N.W. Suite 808
                                                    Washington, D.C. 20036
                                                    Phone: (202) 973-0900
                                                    Fax: (202) 973-0950
                                                    Email: jtycko@tzlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of August, 2008, the foregoing was served by hand-delivery upon:

Deborah K. McCallum, Esq.
Assistant General Counsel
Department of Veterans Affairs
Office of General Counsel
810 Vermont Ave. N.W.
Washington, D.C. 20420

and by overnight delivery upon:

Geoffrey Kressin, Esq.
Luedeka, Neely & Graham
P.O. Box 1871
Suite 1871 Riverview Tower
900 South Gay Street
Knoxville, TN 37902

Paul W. Ambrosius, Esq.
Trauger & Tuke
The Southern Turf building
222 Fourth Avenue, N
Nashville, TN 37219

Jonathan K. Tycko