IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO DEPARTMENT OF VETERANS AFFAIRS | Case No._____ |
| Underlying case pending in Middle District of Tennessee:<br><br>STANDEX INTERNATIONAL CORP.<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>BURLODGE LIMITED,<br><br>    Defendant/Counter-Plaintiff. | |

### MOTION FOR ADMISSION OF CHARLES L. RIDDLE *PRO HAC VICE*

In accordance with Local Rule 83.2(d), undersigned counsel, a member in good standing of the bar of the United States District Court for the District of Columbia, respectfully requests this Court to enter the proposed Order permitting the following attorney to serve as counsel of record in the above-captioned matter on behalf of Movant, Burlodge Limited:

Charles L. Riddle
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
(610) 935-2300
(610) 935-0600 facsimile

Mr. Riddle is a member of the State Bar of Pennsylvania and a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Jonathan K. Tycko
Tycko & Zavareei LLP
2000 L Street, N.W. Suite 808
Washington, D.C. 20036
Phone: (202) 973-0900
Fax: (202) 973-0950
Email: jtycko@tzlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of August, 2008, the foregoing was served by hand-delivery upon:

Deborah K. McCallum, Esq.
Assistant General Counsel
Department of Veterans Affairs
Office of General Counsel
810 Vermont Ave. N.W.
Washington, D.C. 20420

and by overnight delivery upon:

Geoffrey Kressin, Esq.
Luedeka, Neely & Graham
P.O. Box 1871
Suite 1871 Riverview Tower
900 South Gay Street
Knoxville, TN 37902

Paul W. Ambrosius, Esq.
Trauger & Tuke
The Southern Turf building
222 Fourth Avenue, N
Nashville, TN 37219

_____
Jonathan K. Tycko

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO DEPARTMENT OF VETERANS AFFAIRS | Case No._____ |
| Underlying case pending in Middle District of Tennessee:<br><br>STANDEX INTERNATIONAL CORP.<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>BURLODGE LIMITED,<br><br>    Defendant/Counter-Plaintiff. | |

**DECLARATION OF CHARLES L. RIDDLE
IN SUPPORT MOTION FOR ADMISSION PRO HAC VICE**

I, CHARLES L. RIDDLE, DECLARE AS FOLLOWS:

1. My full name is Charles Louis Riddle.

2. My office address is 86 The Commons at Valley Forge East, 1288 Valley Forge Road, P. O. Box 750, Valley Forge, PA 19482-0750. My telephone number is 610-935-2300.

3. I am admitted to the following jurisdictions:

    a. Pennsylvania Bar

    b. United States Patent and Trademark Office

    c. Court of Appeals for the Federal Circuit

    d. District Court for the Middle District of Pennsylvania

        e. District Court for the Eastern District of Pennsylvania

4.    I have never been disciplined by any bar.

5.    This is my first application for admission Pro Hac Vice before this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of August 2008 in Valley Forge, Pennsylvania.

Charles L. Riddle, Esquire

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO DEPARTMENT OF VETERANS AFFAIRS | Case No._____ |
| Underlying case pending in Middle District of Tennessee: <br><br> STANDEX INTERNATIONAL CORP. <br><br>      Plaintiff/Counter-Defendant <br><br> v. <br><br> BURLODGE LIMITED, <br><br>      Defendant/Counter-Plaintiff. | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR CHARLES L. RIDDLE**

This matter having come before the Court upon motion by Burlodge Limited to admit Charles L. Riddle for admission *pro hac vice*.

The motion is GRANTED.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge