UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: MOTION TO COMPEL COMPLIANCE
WITH SUBPOENA DIRECTED TO
DEPARTMENT OF VETERANS AFFAIRS

Underlying case pending in Middle District of TN:

| | |
|---|---|
| STANDEX INTERNATIONAL CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Case No. 08-mc-0525 (CKK) |
| | )    Electronic Case Filing |
| BURLODGE LIMITED | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR BRIEFING SCHEDULE
ON BURLODGE LIMITED'S MOTION TO COMPEL**

Defendant, United States Department of Veterans Affairs ("DVA" or the "Department"), by and through undersigned counsel, hereby moves that the Court (1) set September 29, 2008 as the due date for the Department's opposition or other response to Burlodge Limited's motion to compel in the above-captioned miscellaneous case, and (2) set October 13, 2008 as the due date for Burlodge Limited's reply. Good cause exists to grant this motion. In support of this motion, the Department states as follows:

1. The Department's response to the motion to compel was due on August 26, 2008, assuming that the motion was served as shown on the Certificate of Service.[1]

---

[1] Undersigned counsel received a copy of the motion to compel on the evening of August 27, 2008, and has been advised by DVA that the motion was not properly served upon the DVA Assistant General Counsel named in the Certificate of Service. DVA's instant motion is not intended and should not be construed as an acknowledgment or admission that the motion to compel was properly served. Instead, this motion is intended to establish a schedule for the orderly resolution of this matter on the merits, and avoid collateral litigation about the sufficiency of service.

2. The Department requires additional time to respond to the motion. This additional time is needed primarily due to undersigned counsel's schedule, which recently has included motions practice in the matters of *Davis v. Mukasey,* Civil Action. No. 03-2531 (RBW), settlement negotiations in *Tucker v. Peake,* Civil Action No. 07-1558 (RWR), and discovery in *Hunter v. Rice,* Civil Action No. 07-1269 (PLF), as well as preparations for depositions in a Title VII matter. During the first three weeks of September, in addition to a host of depositions, undersigned counsel must file four other motions, some of them dispositive, with the United States District Court and the D.C. Circuit, in various other cases, including two employment discrimination matters, a Freedom of Information Act case, and a prisoner-related litigation.

3. The DVA therefore requests that the Court set September 29, 2008 as the due date for its opposition or other response to Burlodge Limited's motion to compel.

4. Pursuant to Local Rule 7(m) counsel for DVA and Burlodge Limited have conferred via telephone and electronic mail. Counsel for Burlodge Limited graciously consented to DVA's requested due date, and requested that October 13, 2008 be set as the due date for Burlodge Limited's reply, to which DVA has no objection.

WHEREFORE, the DVA requests that this motion be granted, that the due date for its opposition to the motion to compel be set for September 29, 2008, and that the due date for Burlodge Limited's reply be set for October 13, 2008. A proposed Order is submitted herewith.

    Respectfully submitted,

    /s/ *Jeffrey A. Taylor*
    JEFFREY A. TAYLOR, D.C. Bar No. 498610
    United States Attorney

    /s/ *Rudolph Contreras*
    RUDOLPH CONTRERAS, D.C. BAR No. 434122
    Assistant United States Attorney

        /s/ *Mercedeh Momeni*
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2008, I caused the foregoing *Motion to Extend Time* to be served on parties of record via the Court's Electronic Case Filing System.

        /s/ *Mercedeh Momeni*
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: MOTION TO COMPEL COMPLIANCE
WITH SUBPOENA DIRECTED TO
DEPARTMENT OF VETERANS AFFAIRS

**Underlying case pending in Middle District of TN:**

| | |
|---|---|
| **STANDEX INTERNATIONAL CORP.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-mc-0525 (CKK) |
| | )           Electronic Case Filing |
| **BURLODGE LIMITED** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Upon consideration of the Department of Veterans Affairs' Consent Motion for Briefing Schedule on Burlodge Limited's Motion to Compel, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the Department of Veterans Affairs' Opposition to the motion to compel shall be due on September 29, 2008, and that Burlodge Limited's Reply, if any, shall be due on or before October 13, 2008.

SO ORDERED on this _____ day of _____ 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge